AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Teresa Ann Harris | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:15-4103-MGL |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This action is reversed and remanded to Defendant under sentence four of 42 U.S.C. § 405(g) for further consideration.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, adopting the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   March 2, 2017

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*