

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| TERESA HARRIS, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-4103-MGL |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney's fees in the amount of $2,474.38 in attorney fees and $20.19 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant does not oppose the motion. Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 22nd day of May, 2017, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE